**[J-50-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 753 CAP |
| | : | |
| Appellee | : | Appeal from the Order dated June 23, |
| | : | 2017 in the Court of Common Pleas, |
| | : | Dauphin County, Criminal Division at |
| v. | : | No. CP-22-CR-0001773-2000. |
| | : | |
| | : | SUBMITTED: May 14, 2018 |
| HERBERT BLAKENEY, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2018, the order of the Court of Common Pleas is affirmed by operation of law, as the votes among the participating Justices are equally divided.

    Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this case.